No. 98–5746.  GRANBERRY v. BAPTIST MEMORIAL HOSPITAL. C. A. 6th Cir.  Certiorari denied.

No. 98–5747.  GOODLETTE v. THOMPSON.  C. A. 9th Cir.  Certiorari denied.

No. 98–5749.  FLAHERTY v. NATIONAL MARINE FISHERIES SERVICE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 98–5752.  HAYES v. PALOMAR POMERADO HEALTH SYSTEM. Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 98–5754.  GREGORY v. NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 98–5765.  RAMSEY v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 98–5841.  SHERRILLS v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO.  C. A. 6th Cir.  Certiorari denied.

No. 98–5856.  ORTEZ v. TEXAS.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 98–5861.  TROUTMAN v. ANDERSON, WARDEN.  Sup. Ct. Ohio.  Certiorari denied.

No. 98–5872.  LANAUX v. CENTRAL NEW YORK PSYCHIATRIC CENTER.  C. A. 2d Cir.  Certiorari denied.

No. 98–5909.  MOAWAD v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–5929.  BURKHARDT v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 98–5959.  YOUNG v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.